UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2009 MAR 23  P 4:26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | |
| MARK PTASHNE, | ) | 09 CR 10083 MLW |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO SEAL INFORMATION

The government asks the Court to seal this motion, the Information, and the criminal case cover sheet in this matter, on the grounds that this matter is part of an ongoing investigation that could be compromised if this prosecution was made public at this time.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Adam J. Bookbinder
Assistant U.S. Attorney

Dated: March 23, 2009