

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.09-10083-MLW |
| | ) | |
| v. | ) | |
| | ) | |
| MARK PTASHNE, | ) | |
| Defendant. | ) | |

## WAIVER OF INDICTMENT

I, MARK PTASHNE, the above-named defendant, who is accused of copyright infringement, in violation of 17 U.S.C. § 506 and 18 U.S.C. § 2319, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on August 5, 2009, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Mark Ptashne, Defendant

_____
Charles Rankin, Counsel for Defendant

Before: _____        Aug. 5, 2009
Hon. Mark L. Wolf, Chief Judge