UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.    CR09-10083

| United States | Mark Ptashne |
|---|---|
| PLAINTIFF | DEFENDANT |
| Adam Bookbinder | Tracey Miner |
|  | Kristen Scammon |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf            CLERK  O'Leary            REPORTER Romanow

## CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 2/16/10 | Court goes over the filings it has received in connection with today's hearing with the parties. Court goes over the legal framework for today's sentencing with the parties. Court goes over the parties objections to the PSR and makes any necessary rulings. Court calculates the advisory guidelines as follows: TOL 21, CH I, 37-46 months custody, 2-3 years supervised release, $7.5K-$75K fine and $100 special assessment fee. Government recommends a 30 month sentence, $20,000 fine, 3 years supervised release and $100 special assessment fee. Government also seeks forfeiture of the $26K in cash found during the search. Government states the reasons for its recommendation. Defendant asks for a sentence of probation with home confinement. Defendant addresses the court. Formal sentencing: 6 months custody followed by 3 years supervised release with three months on home confinement with at least the first 3 months with electronic monitoring. Defendant's supervised release shall be on the standard conditions plus the special conditions imposed by the court. Court imposes a $20K fine, no restitution and the mandatory $100 special assessment fee. Defendant advised of his rights to appeal and to counsel. Court states the reasons for the sentence from the bench. Defendant requests a judicial recommendation that the defendant be designated to FCI Lompoc. Defendant also requests a self report date. Court grants the recommendation to Lompoc and gives the defendant a self report date of March 29, 2010 at 2:00 PM. |